IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTANA BELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 24-658 |
| : | |
| JOSEPH TERRA, et al, : | |
| : | |
| Defendant. : | |
| : | |

**O R D E R**

AND NOW, this 18th day of March, 2024, upon consideration of Petitioner Montana Bell's Motion for Leave of Court to Amend Original Petition for Writ of Habeas Corpus, docketed in the above-captioned case as ECF Document 8, it is hereby ORDERED:

1. Petitioner's Motion to Amend Petition for Writ of Habeas Corpus is GRANTED without prejudice to any defenses that may be raised by the District Attorney of Philadelphia County, including, but not limited to, the statute of limitations under 28 U.S.C. § 2244(d)(1). By **April 17, 2024**, Petitioner shall file an Amended Habeas Petition.

2. By **June 1, 2024**, the Clerk for the Court of Common Pleas of Philadelphia County shall file with the Clerk of this Court copies of all records, including petitions, pleadings, opinions, briefs, and notes of testimony at arraignment, suppression hearings, trial, sentencing, and post-conviction hearings, in

    - *Commonwealth v. Montana Bell*, CP-51-CR-0012761-2011
    - *Commonwealth v. Montana Bell*, CP-51-CR-0001453-2012
    - *Commonwealth v. Montana Bell*, CP-51-CR-0001454-2012
    - *Commonwealth v. Montana Bell*, CP-51-CR-0001455-2012
    - *Commonwealth v. Montana Bell*, CP-51-CR-0001456-2012

- *Commonwealth v. Montana Bell*, CP-51-CR-0001457-2012
- *Commonwealth v. Montana Bell*, CP-51-CR-0001458-2012
- *Commonwealth v. Montana Bell*, CP-51-CR-0001459-2012
- *Commonwealth v. Montana Bell*, CP-51-CR-0001460-2012
- *Commonwealth v. Montana Bell*, CP-51-CR-0001461-2012

3. By **June 1, 2024**, the District Attorney of Philadelphia County shall file a specific and detailed answer to the claims in Mr. Bell's petition and supporting legal memorandum pursuant to Rule 5, 28 U.S.C. fol. § 2254.

4. Mr. Bell may file a Reply Brief within 21 days of the receipt of Defendants' Response. See Rule 5(e), 28 U.S.C. fol. § 2254.

5. As required by 18 U.S.C. § 3771(b)(2), the Commonwealth shall ensure any crime victims are afforded their rights under the Crime Victims Act, as amended July 27, 2006.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE